EDISON FIXTURE COMPANY, INCORPORATED, PLAINTIFF-APPELLANT, v. ANTHONY PASOLO, DEFENDANT-RESPONDENT.

Argued May 5, 1925—Decided May 19, 1925.

On appeal from the District Court.

Before Justices PARKER, MINTURN and BLACK.

For the appellant, *Herman B. J. Weckstein.*

For the respondent, *Anthony Pasolo, per se.*

PER CURIAM.

This suit was brought in the Passaic District Court to recover the balance due of $44.40 on a written contract. The case was tried by the judge without a jury, resulting in a judgment for the defendant.

The judgment is reversed and a *venire de novo* awarded, for the reason stated in No. 452, the present term, and the case of *Edison Fixture Co., Inc.,* v. *Copoulos,* 3 *N. J. Adv. R.* (at *p.* 174) ; 127 *Atl. Rep.* 551.